ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**Susan Florence Comish**,

Plaintiff(s),

v.

**Partnerships and Unincorporated Associations Identified on Schedule A**,

Defendant(s).

Case No.  25cv14596
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: IT IS HEREBY ORDERED that Plaintiff's Motion for a Default Judgment is GRANTED in its entirety and that Final Judgment is entered against each of the Defaulting Defendants as listed on the attached First Amended Schedule A in the amount of $15,000.

---

This action was *(check one)*:
☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date:  7/8/2026                    Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | |
| 2 | |
| 3 | yan yan Cuttings poster |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Sky Wall Art Poster |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | ingooood |
| 23 | 5diamondpainting |

7